## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SELVIN EDUARDO TUBON IZAGUIRRE    :

     *Petitioner,*      :

v.      :      Civil Action No. 2:26-cv-3824

JAMAL L. JAMISON, ET AL.,      :

     *Respondents.*      :

## ORDER

AND NOW, this 8th day of June, 2026, it is hereby ORDERED that the deadline for Respondents to file their Response to the Petition for Writ of Habeas Corpus shall be extended to June 11, 2026.

BY THE COURT:

_____

HONORABLE KAI N. SCOTT
*Judge, United States District Court*

1